IN THE UNITED STATES DISTRICT COURT

DISTRICT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------- X
HEXAGON SECURITIES LLC,                :
      Plaintiff,                    :  CASE NO. 3:14-cv-04141
  -against-                             :
GOLDEN PACIFIC BANCORP, INC. AND      :  **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
FRANK WASHINGTON,                      :
      Defendants.                   :
------------------------------------- X

WHEREAS, the parties have reached a complete settlement of the issues raised in the above-captioned proceeding;

IT IS HEREBY ORDERED THAT:

1. The above-captioned action brought by Hexagon Securities LLC against Golden Pacific Bancorp, Inc. and Frank Washington is DISMISSED WITH PREJUDICE and with each side to bear its own attorneys' fees and costs.

2. This Stipulation and Order can be executed via facsimile and in counterpart copies.

[Continued next page]

**SO STIPULATED.**

Dated: Walnut Creek, California

February 26, 2015

| AVEDIKIAN LAW OFFICES | KRONICK MOSKOVITZ TIEDEMANN & GIRARD |
|---|---|
| */s/ Elizabeth A. Avedikian* | */s/ Bruce A. Scheidt* |
| _____ | _____ |
| Elizabeth A. Avedikian<br>P.O. Box 31525<br>Walnut Creek, CA 94598<br>925-482-6383<br>liza@avelaw.com | Bruce A. Scheidt<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814-4416<br>916-321-4500<br>bscheidt@kmtg.com |
| *Attorneys for Plaintiff*<br> *Hexagon Securities LLC* | *Attorneys for Defendants*<br>*Golden Pacific Bancorp, Inc. and*<br>*Frank Washington* |

///

**SO ORDERED.**

Dated: San Francisco, California

_____February 27_____, 2015


_____
Hon. Laurel Beeler, U.S.M.J.

---

-2-
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE